RECEIVED
JAN 14 2022
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Adam Lee Greathouse

(Enter above the full name of the Plaintiff(s) in this action. Include prison registration number(s).)

v.

Matthew Wilson

(Enter above the full name of **ALL** Defendant(s) in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

Case No. _____
(To be assigned by Clerk)

Jury Trail Demanded

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I. PLACE OF PRESENT CONFINEMENT:

Adair County Jail   215 N. Franklin St. Kirksville, Mo. 63501

II. PREVIOUS CIVIL ACTIONS:

A. Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

YES [ ]     NO [✓]

B. If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1. Parties to previous civil action:

   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

2. Court where filed: _____

3. Docket or case number: _____

4. Name of Judge: _____

5. Basic claim made: _____

   _____

   _____

6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?):

   _____

III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution in which you are incarcerated?

   YES [✓]          NO [ ]

B. Have you presented this grievance system the facts which are at issue in this complaint?

   YES [✓]          NO [ ]

C. If your answer to "B" is YES, what steps did you take: Asked for vindictive Prosecution, Change of venue, and Jail transfer.

D. If your answer to "B" is NO, explain why you have not used the grievance system:

IV. PARTIES TO THIS ACTION:

A. Plaintiff(s)
1. Name of Plaintiff: Adam Lee Greathouse
2. Plaintiff's address: 215 N. Franklin St. Kirksville, Mo. 63501
3. Registration number: DOC# 1207621 / SS# 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
4. Additional Plaintiff(s) and address(es):

B. Defendant(s)
1. Name of Defendant: Matthew Wilson
2. Defendant's address: 300 North Franklin St. Kirksville, Mo 63501
3. Defendant's employer and job title: Adair County Prosecutor, City of Kirksville
4. Additional Defendant(s) and address(es):

-3-

V. COUNSEL

    A. Do you have an attorney to represent you in this action?

        YES [ ]        NO [✓]

    B. If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

        YES [ ]        NO [✓]

    C. If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

    D. If your answer to "B" is NO, explain why you have not made such efforts:

    *I don't have the funds to afford an attorney*

    E. Have you previously been represented by counsel in a civil action in this Court?

        YES [ ]        NO [✓]

    F. If your answer to "E" is YES, state the attorney's name and address:

VI. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

On 1-4-2022 cl (Adam Greathouse) had Circuit court in Adair County at 9:00 A.M. with Judge Russell Steele in Case #2019-004094AC. I was represented by Adair County Public Defender Brian Kelly, who was asking for a forlough for me to attend my Mother-N-Laws funeral services that are being held at 1:00pm on 1-8-2022. While the Prosecutor (Matt Wilson) was objecting to my forlough he lies to the Judge and says on the record that he had contacted the jail earlier that day and jail staff had told him that they heard cl was going to run if the forlough was granted, which of course the Judge then denied my request to attend my Mother-N-Laws funeral service.

As soon as cl returned from court cl wrote grievances asking who said these lies about me, to the Jail Administrator →

-5-

(John Axsom) he told me in the grievance response that he hadn't talked to Matt Wilson (Prosecutor) like the prosecutor said. The Jail Administrator (John Axsom) states that no one from the jail told the prosecutor they heard I was going to run if a forlough was granted. The prosecutor never even contacted the jail the morning I had court like he says he did in court.

The prosecutor (Matt Wilson) committed "Prejury" by lie'n by saying he contacted the jail, when he never did that morning, and by making up a lie and saying a jail staff told him they overheard me say I was going to run from forlough.

I have subpoenaed the court recordings showing this prosecutor being vindictive towards me & committing "Prejury," I attached a copy of the grievance from (John Axsom) the Jail Administrator. I was not able to pay my respects to a very close loved one, all because of this Prosecutor (Matt Wilson) committing "Prejury" and doing whatever he wants.

Adam Sieathaus

VII. RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

I want all my active cases to be change of venue, I want a different prosecutor & county, I feel the prosecutor is not fit for his job due to committing Prejury by lieing about speaking to the jail when he clearly didn't that day.

VIII. MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☑   NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

I want $100,000 for emotional distress, and not being given the opportunity to pay my respects to my Mother-N-Law at her funeral services.

IX. Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]   NO [ ]

_Adam Greathouse_    1-6-2022
Signature of attorney or pro se Plaintiff(s)    Date

-6-